UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 11-60111-CIV-MARTINEZ-BROWN**

SAMANTHA SCHREIBER,
    Plaintiff,

vs.

MAI-KAI, INC.,
    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE CLERK'S DFAULT, DENYING MOTION FOR DEFAULT FINAL JUDGMENT, AND RESETTING DEADLINE FOR PARTIES TO FILE THEIR JOINT SCHEDULING REPORT

THIS CAUSE came before the Court upon Defendant's Unopposed Motion to Set Aside Clerk's Default **(D.E. No. 16)**. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendant's Unopposed Motion to Set Aside Clerk's Default **(D.E. No. 16)** is **GRANTED**. The Clerk is **DIRECTED** to **VACATE** the Clerk's Default. *See* (D.E. No. 9).

2. Plaintiff's Motion for Entry of Default Final Judgment and Application for Attorneys' Fees, Litigation Expenses and Costs (D.E. No. 12) is **DENIED**.

3. The parties shall file their Joint Scheduling Report in accordance with the Court's previous order, *see* (D.E. No. 4), on or before **March 31, 2011.**

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of March, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record