UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 11-60111- CIV-MARTINEZ- BROWN

SAMANTHA SCHREIBER,

    Plaintiff,

vs.

MAI-KAI, INC.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, **SAMANTHA SCHREIBER**, hereby voluntarily stipulates to the dismissal of the above-styled action with prejudice as to the claims of Defendant, **MAI-KAI, INC..** Each party shall bear their own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October 2011, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **Catalina M. Avalos, Esq.,   Tripp Scott,** cma@trippscott.com, and **Lawrence Popritkin, Esq.,** Law Offices of Lawrence D. Popritkin, P.A., Lpopritkin@ldplaw.net.

Respectfully submitted,

 **/s/ AARON BEHAR, ESQ.**
Aaron Behar, Esq.
Florida Bar No.: 166286
AARON BEHAR, P.A.
7551 Wiles Road, Suite 106
Coral Springs, FL 33067
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail:  ab@aaronbeharpa.com
Co-Counsel for Plaintiff